LUCIAN J. GRECO, ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARIS MAXWELL JR., an individual, | Case No. 2:19-CV-00210-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAITIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES** |
| vs. | |
| JAMES RIVER INSURANCE COMPANY, a Foreign Corporation; DOES I-V, inclusive; and ROE CORPORATIONS VI-X, inclusive, | |
| Defendants. | |

Plaintiff, PARIS MAXWELL JR., by and through his attorneys of record, Craig W. Drummond, Esq. and Liberty A. Ringor, Esq. of Drummond Law Firm, P.C. and Defendant, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Esq., Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of the law firm Bremer, Whyte, Brown & O'Meara, LLP, hereby stipulate and agree that JAMES RIVER INSURANCE COMPANY's time for filing their Response to Plaintiff's Motion to Compel Production of Documents and Discovery Responses shall be extended seven (5) days, to and through September 18,

2019. The reason for this requested extension is that counsel for JAMES RIVER INSURANCE COMPANY, Jared G. Christensen, Esq., needs additional time due to an unforeseen family issue. The parties further acknowledge and agree that this is their first request for an extension, and that this stipulation is made in good faith and not for purposes of delay.

Dated this 13th day of September 2019.     Dated this 13th day of September 2019.

BREMER WHYTE BROWN & O'MEARA LLP          DRUMMOND LAW FIRM, P.C.

By: /s/ Jared G. Christensen, Esq.        By: /s/ Craig W. Drummond, Esq.
Lucian J. Greco, Jr, Esq.                 Craig W. Drummond, Esq.
Nevada State Bar No. 10600                Nevada State Bar No. 11109
Jared G. Christensen, Esq.                Liberty A. Ringor, Esq.
Nevada State Bar No. 11538                Nevada State Bar No. 14417
Deleela M. Weinerman, Esq.                Attorneys for Plaintiff,
Nevada State Bar No. 13985                Paris Maxwell, Jr.
Attorneys for Defendant,
James River Insurance Company

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

**IT IS SO ORDERED**

**DATED: September 16, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**