**DRUMMOND LAW FIRM, P.C.**
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Liberty A. Ringor, Esq.
Nevada Bar No. 14417
810 S. Casino Center Blvd., Suite 101
Las Vegas, Nevada 89101
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Liberty@DrummondFirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PARIS MAXWELL JR., an individual; | ) |
| Plaintiff, | ) Case No.: 2:19-cv-00210-JAD-BNW |
| vs. | ) |
| JAMES RIVER INSURANCE COMPANY; a Foreign Corporation; DOES I-V, inclusive; and ROE CORPORATIONS VI-X, inclusive; | ) **STIPULATION AND ORDER TO CONTINUE HEARING AND DATE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | ) |

Plaintiff, PARIS MAXWELL, JR., by and through his attorneys, CRAIG W. DRUMMOND, ESQ. and LIBERTY A. RINGOR, ESQ. of the DRUMMOND LAW FIRM, P.C., and Defendant, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, JARED G. CHRISTENSEN, ESQ. and DELEELA M. WEINERMAN, ESQ. of the law firm BREMER WHYTE BROWN & O'MEARA LLP, hereby respectfully submit this Stipulation and Order to move the re-set hearing from December 23, 2019 [CM-ECF #45], to a day and time convenient with this Honorable Court after January 13, 2020. The Parties also stipulate to extend the time for Defendant to file the Response to Plaintiff's Motion for Summary Judgment until January 13, 2020. Plaintiff's Reply shall be due thereafter in accordance with the Federal Rules of Civil Procedure and Local Rules. In support of this request the parties represent the following:

1. On December 17, 2019, the Honorable Court re-set a hearing that was previously set for December 19, 2019 to December 23, 2019 at 10:00am. [CMECF #45]

2. That counsel for the Plaintiff, Craig W. Drummond, will be out of Nevada for previously planned holiday travel.

3. That all parties are in agreement and hereby stipulate to continue the hearing to a day and time convenient with this Honorable Court after January 13, 2020.

4. That all parties are in agreement and hereby stipulate to continue the date of Defendant's Response to Plaintiff's Motion for Summary Judgment due to the holiday and potential resolution of this matter through settlement.

DATED this 18th day of December, 2019.   DATED this 18th day of December, 2019.

DRUMMOND LAW FIRM, P.C.   BREMER WHYTE BROWN & O'MEARA LLP


/s/ Craig W. Drummond   /s/ Jared G. Christensen
Craig W. Drummond, Esq.   Jared G. Christensen, Esq.
Nevada Bar No. 11109   Nevada Bar No. 11538
Liberty A. Ringor, Esq.   Deleela M. Weinerman, Esq.
Nevada Bar No. 14417   Nevada Bar No. 13985
810 S. Casino Center Blvd., Suite 101   1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89101   Las Vegas, Nevada 89144
*Attorneys for Plaintiff*   *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PARIS MAXWELL JR., an individual;

    Plaintiff,

vs.

JAMES RIVER INSURANCE COMPANY;
a Foreign Corporation; DOES I-V, inclusive;
and ROE CORPORATIONS VI-X, inclusive;

    Defendants.

Case No.: 2:19-cv-00210-JAD-BNW

**ORDER TO CONTINUE HEARING**

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that that request of the parties to move the upcoming hearing date to a later date after January 13, 2020 is based on a legitimate scheduling issue and is a reasonable request.

**ORDER**

IT IS THEREFORE ORDERED, that the hearing for December 23, 2019 at 10:00am. [CM-ECF #45] is vacated and continued to January 23, 20 20 at the hour of 2:00 PM in Courtroom 3B.

DATED this 19th day of December, 2019.

**Additionally, Defendant's deadline to respond to Plaintiff's motion for summary judgment is extended to 1/13/2020. IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE